ALEXANDER E. POTENTE, State Bar No. 208240
alex.potente@clydeco.us
YVONNE M. SCHULTE, State Bar No. 237868
yvonne.schulte@clydeco.us
BRADLEY R. HARDING, State Bar No. 299842
brad.harding@clydeco.us
CLYDE & CO US LLP
355 S, Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600
Facsimile:  (213) 358 7650

Attorney for Plaintiffs
LIBERTY MUTUAL FIRE INSURANCE COMPANY AND LIBERTY INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; LIBERTY INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACI INTERNATIONAL, INC.; WALMART, INC.<br><br>Defendants. | Case No. 2:24-cv-03217-DOC(KESx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation, by and through their attorneys, Clyde & Co US LLP, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, only against defendant Walmart Inc.


| | |
|---|---|
| Dated: July 12, 2024 | CLYDE & CO US LLP |
| | By: */s/ Yvonne M. Schulte*<br>Alexander E. Potente<br>Yvonne M. Schulte<br>Bradley R. Harding<br>Attorneys for Plaintiffs<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, AND LIBERTY INSURANCE CORPORATION |

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 365-9800

# CERTIFICATE OF SERVICE
*Liberty Mutual Fire Insurance Co., et al. v. ACI International, Inc., et al.*
**USDC Central District Case No. 2:24-cv-03217-DOC(KESx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Suite 1400, Los Angeles, California 90071.

On July 12, 2023, I served true copies of the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐   **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Clyde & Co US LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 12, 2023, at Los Angeles, California.

*/s/ Lourdes Hernandez*
Lourdes Hernandez

# SERVICE LIST
*Liberty Mutual Fire Insurance Co., et al. v. ACI International, Inc., et al.*
**USDC Central District Case No. 2:24-cv-03217-DOC(KESx)**

| | |
|---|---|
| Michael J. Kump<br>Gregory Philip Korn<br>**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**<br>11766 Wilshire Boulevard<br>Suite 750<br>Los Angeles, CA 90025-6543<br>Tel: (310) 566-9800<br>Fax: (310) 566-9850 | *Attorneys for Defendant, Walmart, Inc.*<br><br>Email: mkump@khiks.com<br>         gkorn@khiks.com<br><br>*By ECF Email* |
| Eric Little<br>Najwa Tarzi Karzai<br>**LITTLE AND TARZI LLP**<br>3333 Michelson Drive Suite 735<br>Irvine, CA 92612<br>Tel: (949) 333-1699<br>Fax: (949) 333-1697 | *Attorneys for Defendant ACI International, Inc.*<br><br>Emails: elittle@landtllp.com<br>          ntarzi@landtllp.com<br><br>*By ECF Email* |

4

Case No. 2:24-cv-03217-DOC(KESx)
NOTICE OF DISMISSAL WITHOUT PREJUDICE OF WALMART INC.