1  ALEXANDER E. POTENTE, State Bar No. 208240
   *alex.potente@clydeco.us*
2  YVONNE M. SCHULTE, State Bar No. 237868
   *yvonne.schulte@clydeco.us*
3  MOLLY J. MROWKA State Bar No. 190133
   *molly.mrowka@clydeco.us*
4  ANDREA M. HALL, State Bar No. 317491
   *andrea.hall@clydeco.us*
5  CLYDE & CO US LLP
   355 S. Grand Avenue, Suite 1400
6  Los Angeles, California 90071
   Telephone: (213) 358 7600
7  Facsimile: (213) 358 7650

8  Attorney for Plaintiffs
9  LIBERTY MUTUAL FIRE INSURANCE
   COMPANY AND LIBERTY INSURANCE
10 CORPORATION

11

12              **UNITED STATES DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14

15 LIBERTY MUTUAL FIRE                  Case No. 2:24-cv-03217-DOC(KESx)
   INSURANCE COMPANY; LIBERTY
16 INSURANCE CORPORATION,               [PROPOSED] **ORDER GRANTING
                                        PLAINTIFFS' APPLICATION
17                                      PURSUANT TO LOCAL RULE 79-
                Plaintiffs,             5.2.2 TO FILE UNDER SEAL
18                                      CERTAIN DOCUMENTS AS
                                        CONFIDENTIAL**
19      v.

20 ACI INTERNATIONAL, INC.;
   WALMART, INC.
21
                Defendants.
22

23

24

25

26

27

28
                                        Case No. 2:24-cv-03217-DOC(KESx)

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7600 I

**[PROPOSED] ORDER**

Having reviewed plaintiffs Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation's ("Liberty") Application to File Confidential Documents Under Seal in Support of Liberty's Reply to ACI's Opposition to Liberty's Motion for Summary Judgment, and good cause appearing therefor, the Court hereby GRANTS the Application and orders that the following documents may be filed under seal:

1.     The unredacted version of the Memorandum of Points and Authorities in support of Liberty's Reply to ACI's Opposition to Liberty's Motion for Summary Judgment.

2.     The unredacted version of Liberty's Response to ACI's Statement of Genuine Disputes in support of its Opposition to Liberty's Motion for Summary Judgment.

3.     The unredacted version of Liberty's Response to ACI's Evidentiary Objections to Liberty's Evidence in Support of its Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:                                                   _____

Hon. David O. Carter

United States District Judge

Case No. 2:24-cv-03217-DOC(KESx)
[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7600

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 355 South Grand Avenue, Suite 1400, Los Angeles, California 90071.

On May 5, 2025, I served true copies of the following document(s) described as [PROPOSED] **ORDER GRANTING PLAINTIFFS' APPLICATION PURSUANT TO LOCAL RULE 79-5.2.2 TO FILE UNDER SEAL CERTAIN DOCUMENTS AS CONFIDENTIAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** by transmitting via email the document(s) listed above to the email address(es) set forth in the attached Service List below on this day before 11:59:59 p.m. pursuant to the parties' agreement to electronic service and as provided for in California Code of Civil Procedure § 1010.6. Electronic service of documents and California Rules of Court Rule 8.78. Electronic service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 5, 2025, at Covina, California.

_/s/ Lourdes Hernandez_
Lourdes Hernandez

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7600 l

1    **SERVICE LIST**

2

| | |
|---|---|
| Najwa Tarzi Karzai<br>Eric Little<br>**LITTLE AND TARZI LLP**<br>3333 Michelson Drive Suite 735<br>Irvine, CA 92612<br>Tel: (949) 333-1699<br>Fax: (949) 333-1697 | *Attorneys for Defendant ACI International, Inc.*<br><br>Emails:  ntarzi@landtllp.com<br>        elittle@landtllp.com<br><br><br>*By ECF Email* |
| Kelly Cunningham<br>Jason L. Haas<br>Kenneth P. Hsu<br>**ERVIN COHEN JESSUP**<br>9401 Wilshire Blvd., 12th Floor<br>Beverly Hills CA 90212-2974<br>Tel: (310)281-6321<br>Fax: (310) 859-2325 | *Attorneys for Defendant ACI International, Inc.*<br><br>*Emails: kcunningham@ecjlaw.com*<br>        *jhaas@ecjlaw.com*<br>        *khsu@ecjlaw.com*<br><br>*By ECF Email*<br><br><br>*cc:    Chary Weis - cweis@ecjlaw.com*<br>        *Joe Dirkx - jdirkx@ecjlaw.com; and*<br>        *Ayesha Rector - arector@ecjlaw.com* |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7600

1

2

**SERVICE COPIES**

3    Lucy Jewett Wheatley                  Counsel for *Vans*
     Daniel Withers
4    McGuireWoods LLP                      ***By Email Only***
5    Gateway Plaza
     800 East Canal Street                 Tel:      (804) 775-4320
6    Richmond, VA 23219-3916               Fax:      (804) 698-2017
7                                          Email:    LWheatley@mcguirewoods.com
                                                     DWithers@mcguirewoods.com
8

9    Anthony F. Lo Cicero                  Counsel for *Walmart*
     Thomas Hart
10   Brian Comack                          ***By Email Only***
11   Amster, Rothstein & Ebenstein LLP
     405 Lexington Avenue                  Tel:      (212) 336-8000
12   New York, NY 10174                    Email:    alocicero@ARELAW.com
13                                                   thart@ARELAW.com
                                                     bcomack@ARELAW.com
14

15   Daniel Callaway                       Counsel for *Bazaarvoice*
     Farella Braun + Martell
16   One Bush Street, Suite 900            ***By Email Only***
     San Francisco, CA 94104
17
                                           Tel:      (415) 954-4924
18                                         Fax:
                                           Email:    DCallaway@fbm.com
19                                                   SULI@fbm.com

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL