Kelly W. Cunningham (SBN 186229)
  kcunningham@ecjlaw.com
Jason L. Haas (SBN 217290)
  jhaas@ecjlaw.com
Kenneth P. Hsu (SBN 306326)
  khsu@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Eric R. Little (SBN 169021)
  elittle@landtllp.com
Najwa Tarzi (SBN 210415)
  ntarzi@landtllp.com
**LITTLE & TARZI LLP**
3333 Michelson Drive, Suite 735
Irvine, California 92612-7679
Telephone: (949) 333-1699
Facsimile: (949) 333-1697

Attorneys for Defendant ACI INTERNATIONAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; LIBERTY INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACI INTERNATIONAL,<br><br>Defendant. | Case No. 2:24-cv-03217-DOC(KESx)<br><br>*Hon. David O. Carter*<br><br>**DEFENDANT ACI INTERNATIONAL'S APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL IN SUPPORT OF REPLY TO PLAINTIFFS LIBERTY MUTUAL FIRE INSURANCE COMPANY, ET AL.'S OPPOSITION TO ACI'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Declaration of Kenneth P. Hsu and Proposed Order]*<br><br>*Discovery Cut-off:   April 14, 2025*<br>*Motion Cut-off:    May 19, 2025*<br>*Trial Date:       July 8, 2025* |

1

DEFENDANT ACI INTERNATIONAL'S APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL IN SUPPORT OF REPLY RE: MOTION FOR SUMMARY JUDGMENT

**TO ALL PARTIES AND TO ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 79-5.2.2(a), Defendant ACI International ("ACI") hereby applies to file the following documents under seal in connection with ACI's concurrently filed Reply to Plaintiffs Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation's (collectively, "Liberty") Opposition to ACI's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion") (Dkt. 79):

- The unredacted version of ACI's concurrently filed Reply to Liberty's Opposition to the Motion (Dkt. 79), which quotes and describes testimony from the deposition of Liz Jury, the Rule 30(b)(6) designee for Bazaarvoice, Inc., which was designated by Bazaarvoice, Inc.'s counsel as "CONFIDENTIAL" pursuant to the Protective Order entered in this action (Dkt. 47);

- The unredacted version of ACI's concurrently filed Responses to Liberty's Statement of Genuine Disputes of Material Fact and Additional Material Facts in Support of Its Opposition to the Motion (Dkt. 79-1), which (1) quotes and describes testimony from the deposition of Liz Jury, the Rule 30(b)(6) designee for Bazaarvoice, Inc., which was designated by Bazaarvoice, Inc.'s counsel as "CONFIDENTIAL" pursuant to the Protective Order entered in this action (Dkt. 47); and (2) includes statements and information that are subject to Liberty's pending Application to File Confidential Documents Under Seal in Support of the Motion (Dkt. 58) and that, according to Liberty, have been designated as "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by non-parties Bazaarvoice, Inc. or Walmart, Inc.

- The unredacted version of ACI's concurrently filed Objections to Evidence Filed in Support of Liberty's Opposition to the Motion (Dkt.

79-2), which contains statements and information that are subject to Liberty's pending Application to File Confidential Documents Under Seal in Support of the Motion (Dkt. 58) and that, according to Liberty, have been designated as "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by non-parties Bazaarvoice, Inc. or Walmart, Inc.

Pursuant to Local Rule 79-5.2.2(b), if a document cannot be suitably redacted by agreement, the filing party may file an application identifying the material previously designated as "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," as well as the "Designating Party." Within four days of the filing of the application, the "Designating Party" – here, non-parties Bazaarvoice, Inc. or Walmart, Inc. – must file a declaration establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard. L.R. 79-5.2.2(b)(i). As stated in Liberty's pending Application to File Confidential Documents Under Seal in Support of the Motion (Dkt. 58), on or around April 11, 2025, in advance of Liberty's filing of the Motion, counsel for Liberty and ACI met and conferred in an attempt to eliminate or minimize the need for filing under seal in connection with the Motion, but could not come to a resolution. (Declaration of Kenneth P. Hsu ¶ 3.)

ACI therefore submits this Application to file the above-described documents conditionally under seal, pursuant to Local Rule 79-5.2.2(b). This Application is based on this Notice and Application, the concurrently filed Declaration of Kenneth P. Hsu, such other matters as may be filed with the Court, and the pleadings, records, and files in this action.

| | | |
|---|---|---|
| DATED: May 5, 2025 | | ERVIN COHEN & JESSUP LLP<br>Kelly W. Cunningham<br>Jason L. Haas<br>Kenneth P. Hsu |
| | By: | */s/ Kenneth P. Hsu*<br>Kenneth P. Hsu<br>Attorneys for Defendant<br>ACI INTERNATIONAL |

# PROOF OF SERVICE

**Liberty Mutual Fire Insurance Company, et al. v. ACI International, Inc., et al.**
**Case No. 2:24-cv-03217-DOC(KESx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of . My business address is 9401 Wilshire Boulevard, Twelfth Floor, Beverly Hills, CA 90212-2974.

On May 5, 2025, I served true copies of the following document(s) described as **DEFENDANT ACI INTERNATIONAL'S APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL IN SUPPORT OF REPLY TO PLAINTIFFS LIBERTY MUTUAL FIRE INSURANCE COMPANY, ET AL.'S OPPOSITION TO ACI'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 5, 2025, at Beverly Hills, California.

*/s/ Kenneth P. Hsu*
Kenneth P. Hsu

**SERVICE LIST**
**Liberty Mutual Fire Insurance Company, et al. v. ACI International, Inc., et al.**
**Case No. 2:24-cv-03217-DOC(KESx)**

| | |
|---|---|
| Alexander E. Potente, Esq.<br>Yvonne M. Schulte, Esq.<br>Molly J. Mrowka, Esq.<br>CLYDE & CO US LLP<br>355 S, Grand Avenue, Suite 1400<br>Los Angeles, CA 90071<br>Tel:   (213) 358 7600<br>Fax:   (213) 358 7650<br>Email:       alex.potente@clydeco.us<br>          yvonne.schulte@clydeco.us<br>          molly.mrowka@clydeco.us<br>Asst.:<br>          Lourdes.Hernandez@clydeco.us<br>          Trish.Marwedel@clydeco.us<br>          Robert.Willis@clvdeco.us | *Attorney for Plaintiffs, Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation* |
| Najwa Tarzi Karzai, Esq.<br>Eric Little, Esq.<br>LITTLE AND TARZI LLP<br>3333 Michelson Drive, Suite 735<br>Irvine, CA 92612<br>Tel:   (949) 333-1699<br>Fax:   (949) 333-1697<br>Email:       ntarzi@landtllp.com<br>          elittle@landtllp.com | *Attorneys for Defendant ACI International* |

ERVIN COHEN & JESSUP LLP

DEFENDANT ACI INTERNATIONAL'S APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL IN SUPPORT OF REPLY RE: MOTION FOR SUMMARY JUDGMENT