JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; LIBERTY INSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACI INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:24-cv-03217-DOC(KESx)<br><br>*[The Hon. David O. Carter]*<br><br>**JUDGMENT AND ORDER STAYING CASE AND VACATING TRIAL**<br><br>*Trial Date:*   Sept. 2, 2025 |

JUDGMENT

# JUDGMENT

In this action, Plaintiffs Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation (collectively, "Liberty") pled causes of action for declaratory relief and reimbursement against Defendant ACI International ("ACI") (collectively with Liberty, the "Parties") arising out of an underlying action styled as, *Vans, Inc. v. Walmart, Inc., et al.*, United States District Court, Central District of California, Case No. 8:21-cv-01876 (the "*Vans* Action").

On May 21, 2025, having reviewed and considered Liberty's Motion for Summary Judgment and ACI's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and the pleadings and papers on file herein, as well as arguments of counsel, the Court entered an order granting in part and denying in part ACI's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and granting in part and denying in part Liberty's Motion for Summary Judgment (Dkt. 84) (the "Summary Judgment Order").

Pursuant to the parties' Stipulation for Final Judgment (Dkt. 98), and good cause appearing, **IT IS ORDERED, DECREED, AND ADJUDGED** that:

1. There is no just reason for delay of entry of a final, appealable judgment arising from the Summary Judgment Order because (a) the parties intend to appeal the Summary Judgment Order while Liberty's cause of action for "reimbursement of defense costs for the fifth cause of action in the Vans FAC" for unfair competition remains pending; (b) a trial of Liberty's pending cause of action for "reimbursement of defense costs for the fifth cause of action in the Vans FAC" for unfair competition would be inefficient, wasteful of judicial resources, and potentially prejudicial to the parties if it were conducted before a resolution of the parties' respective appeals of the Summary Judgment Order; and (c) whether Liberty owed a duty to indemnify and a duty to defend trademark or trade dress claims is severable from Liberty's pending cause of action for "reimbursement of defense costs for the fifth cause of action in the Vans FAC" for unfair competition;

|   |   |
|---|---|
| 1 |   |

2. Judgment is entered in favor of ACI as to the duty to defend and Liberty's cause of action for reimbursement of defense costs except with regards to "defense costs for the fifth cause of action in the Vans FAC" for unfair competition under California Business and Professions Code Section 17200 *et seq.*, which remain subject to its pending causes of action for declaratory relief and reimbursement;

3. Judgment is entered in favor of Liberty as to the duty to indemnify and its cause of action for reimbursement of settlement costs. ACI shall reimburse Liberty $3,000,000 in settlement funds within 90 days of the date of entry of this Judgment;

4. Pursuant to Federal Rule of Civil Procedure 54(b), this Judgment is a final, appealable judgment as to all of Liberty's claims except as to its pending cause of action for "reimbursement of defense costs for the fifth cause of action in the Vans FAC" for unfair competition, which remains pending;

5. This action is stayed as to Liberty's pending cause of action for "reimbursement of defense costs for the fifth cause of action in the Vans FAC" for unfair competition pending the parties' respective appeals of the Summary Judgment Order; and

6. The trial date and hearing on a final pretrial conference in this action are vacated pending the parties' respective appeals of the Summary Judgment Order. This case shall be administratively closed pending the parties' appeals and a joint status report submitted to the Court upon resolution of the appeals.

DATED: July 23, 2025

*David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

3
JUDGMENT